FILED
FEB 04 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MERCEDES PENA, Defendant. | Crim. Case No. 15CR0193-BTM ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against MERCEDES PENA be dismissed without prejudice.

DATED: 2/4/2015

_____
HONORABLE BARRY TED MOSKOWITZ
Chief Judge